### MILLER V. VILLAGE OF BELLEFONTAINE.

1. REVIEW OF A CONVICTION UNDER AN ORDINANCE OF A MUNICIPAL CORPORATION.

    A conviction under an ordinance of any municipal corporation may be reviewed by the court of common pleas. 82 O. L., sec. 7356, 39.

2. PROCEEDING TO OBTAIN SUCH REVIEW.

    The proceeding to obtain such review shall be by petition in error. Sec. 1752 Rev. Stat.

3. PETITION IN ERROR TO BE FILED, WHEN,

    No such petition in error shall be filed except on leave of the court or a judge thereof. Sec. 1752, Rev. Stat.

Miller was prosecuted before the mayor of Bellefontaine for the violation of one of the ordinances of the village, found guilty, and sentenced to pay a fine and costs.

To review the judgment of the mayor, Miller filed a petition in error in the court of common pleas of Logan county, alleging several errors; but no leave was obtained of the court or a judge thereof to file such petition in error.

The court of common pleas affirmed the judgment, and Miller then filed his petition in error in the circuit court to reverse the judgment of the court of common pleas.

BEER, J.

The petition in error was improvidently filed in the court of common pleas. Under sec. 1752, Rev. Stat., leave to file is a condition precedent to the right to have such a case reviewed on error, and without such leave there can be no jurisdiction.

The court of common pleas not having obtained jurisdiction had no right to affirm the judgment of the mayor, and this court has no jurisdiction for the same reason.

The judgment of the court of common pleas is reversed, and this court proceeding to make the proper order in the case, dismisses the petition in error.